THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEX MEDIA WEST, INC.; SUPERMEDIA LLC; and YELLOW PAGES INTEGRATED MEDIA ASSOCIATION d/b/a YELLOW PAGES ASSOCIATION,<br><br>           Plaintiffs,<br><br>   v.<br><br>CITY OF SEATTLE and RAY HOFFMAN, in his official capacity as Director of Seattle Public Utilities,<br><br>           Defendants. | No. 10-cv-1857<br><br>PARTIES' JOINT MOTION TO FILE OVER-LENGTH BRIEFS<br><br>NOTE ON MOTION CALENDAR:<br>January 10, 2011 |

Pursuant to Local Rule of Civil Procedure 7(f), Plaintiffs and Defendants jointly request permission to file over-length briefs regarding Plaintiffs' upcoming Motion for Summary Judgment, expected to be filed in the next week or two in this challenge to an ordinance that takes effect April 1. The parties request six additional pages for their motion and opposition, for a total of 30 pages for each, and three additional pages for the reply.

The additional pages are necessary because this case presents complex and important questions of constitutional law. The ordinance at issue is the first of its kind in the country and

PARTIES' JOINT MOTION TO FILE OVER-LENGTH BRIEFS (10-cv-1857) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

42414-0030/LEGAL19935149.1

presents questions about the level of protection afforded the speech of yellow pages publishers and the validity of a number of restrictions on yellow pages publishers, including a permitting scheme, mandatory fees, and compelled speech.  Each requirement is the subject of numerous precedents in other contexts, and each deserves careful attention.  Moreover, the ordinance is structured in a fashion that also gives rise to a Commerce Clause challenge.  Finally, Plaintiffs will also be filing a motion for preliminary injunction, and the extra pages here will allow a truncated discussion of likelihood of success on the merits in that motion.

Granting the additional pages will allow the parties to develop their arguments with the level of care warranted by a case of this importance, and the parties ask that the Court grant the motion.

DATED:  January 10, 2011

s/ Gregory Narver, WSBA No. 18127
Gregory.Narver@seattle.gov
**Seattle City Attorney's Office**
City Hall
600 Fourth Avenue
Seattle, WA 98124-4769
Telephone:   206.684.8200
Facsimile:    206.684.8284

Jessica Goldman
**Summit Law Group**
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
jessicag@summitlaw.com

Attorneys for Defendants The City of Seattle and Ray Hoffman

s/ David J. Burman, WSBA No. 10611
DBurman@perkinscoie.com
Kathleen M. O'Sullivan, WSBA No. 27850
KOSullivan@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:   206.359.8000
Facsimile:    206.359.9000

Attorneys for Plaintiffs
Dex Media West, Inc., SuperMedia LLC, and Yellow Pages Integrated Media Association d/b/a Yellow Pages Association

PARTIES' JOINT MOTION TO FILE OVER-LENGTH BRIEFS (10-cv-1857) – 2

42414-0030/LEGAL19935149.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

On January 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Gregory C. Narver  
William C. Foster  
Seattle City Attorney's Office  
600 Fourth Avenue, 4th Floor  
Seattle, WA 98124  
Gregory.Narver@seattle.gov  
William.Foster@seattle.gov  

Attorneys for Defendants The City of Seattle and Ray Hoffman

Jessica Goldman  
**Summit Law Group**  
315 Fifth Avenue South, Suite 1000  
Seattle, Washington 98104-2682  
jessicag@summitlaw.com  

Attorney for Defendants The City of Seattle and Ray Hoffman

**I certify under penalty of perjury that the foregoing is true and correct.**

DATED this 10th day of January, 2011.

*s/ David J. Burman*  
David J. Burman WSBA No. 10611  
**Perkins Coie LLP**  
1201 Third Avenue, Suite 4800  
Seattle, WA  98101-3099  
Telephone:  206.359.8000  
Facsimile:  206.359.9000  
DBurman@perkinscoie.com  

*Attorney for Plaintiffs Dex Media West, Inc., SuperMedia LLC, and Yellow Pages Integrated Media Association d/b/a Yellow Pages Association*

PARTIES' JOINT MOTION TO FILE OVER-LENGTH BRIEFS (10-cv-1857) – 3

42414-0030/LEGAL19935149.1

**Perkins Coie LLP**  
1201 Third Avenue, Suite 4800  
Seattle, WA  98101-3099  
Phone:  206.359.8000  
Fax:  206.359.9000